NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re APPLE INC.,**
*Appellant*

2024-129

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 7:23-cv-00077-ADA, Judge Alan D. Albright.

**ON PETITION**

PER CURIAM.

**O R D E R**

Apple Inc. submits a petition for a writ of mandamus directing the United States District Court for the Western District of Texas to vacate its order denying Apple's motion to transfer and to transfer this action to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Resonant Systems, Inc. is directed to respond to the petition no later than seven days from the date of entry of this

order.  Any reply in support of the petition is due no later than three days thereafter.

FOR THE COURT

Jarrett B. Perlow<br>Clerk of Court

<u>May 30, 2024</u>
     Date