**2024-129**

---

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

---

## In re: APPLE INC.,
*Petitioner*

**2024-129**

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 7:23-cv-00077-ADA, Hon. Alan D. Albright.

---

**RESPONDENT RESONANT SYSTEMS, INC.'S UNOPPOSED MOTION FOR 10-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Reza Mirzaie
rmirzaie@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorney for Respondent*
*Resonant Systems, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2024-129

**Short Case Caption** In re: APPLE INC.,

**Filing Party/Entity** Respondent, Resonant Systems, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 6/4/24

Signature: /s/ Reza Mirzaie

Name: Reza Mirzaie

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Resonant Systems, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

ii

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| Qi Tong<br>Russ August & Kabat | Kristopher Davis<br>Russ August & Kabat | Shani Williams<br>Russ August & Kabat |
| Paul Kroeger<br>Russ August & Kabat | Jacob Buczko<br>Russ August & Kabat | Christian Conkle<br>Russ August & Kabat |
| Neil Rubin<br>Russ August & Kabat | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☑ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Federal Circuit Rule 26(b), Respondent Resonant Systems, Inc. ("Resonant") respectfully requests a 10-day extension of time to file its response brief. This is Resonant's first request for an extension of time. If the motion is granted, the time for filing Resonant's response to the petition would be extended from June 6, 2024 to Sunday, June 16, 2024, making Resonant's response due on Monday, June 17, 2024. This short extension of 10 days would allow Resonant to properly prepare and file the response brief, in view of the counsel for Resonant having significant time commitments existing prior to the Court's May 30, 2024 order directing Resonant to file a response within 7 days, as set forth in the attached declaration.

Counsel for Resonant conferred with counsel for Petitioner Apple Inc. ("Petitioner"), who does not oppose Resonant's request and will not file a response, with the understanding that Resonant agrees in advance to a 10-day extension for Petitioner's reply (which Resonant does not oppose), making the reply due July 1, 2024. Petitioner notes it agrees to this extension solely as a courtesy to accommodate Resonant's counsel, and with Resonant's acknowledgement that the additional time does not diminish the urgency of the mandamus relief sought by Petitioner.

Resonant respectfully requests that this Court grant the motion, and extend the deadline for the filing of Resonant's response brief by 10 days, from June 6, 2024 to June 16, 2024.

Respectfully submitted,

Dated: June 4, 2024

/s/ *Reza Mirzaie*
Reza Mirzaie
rmirzaie@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorney for Respondent*
*Resonant Systems, Inc.*

**2024-129**

---

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

---

**In re: APPLE INC.,**
*Petitioner*

**2024-129**

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:20-cv-0075-ADA, Judge Alan D. Albright.

---

## DECLARATION OF REZA MIRZAIE

Reza Mirzaie
rmirzaie@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorney for Respondent*
*EcoFactor, Inc.*

I, Reza Mirzaie, declare and state as follows:

1.      I am a member of the bar of this Court. I am a partner in the law firm of Russ August & Kabat, counsel of record for Respondent Resonant Systems, Inc. ("Resonant") in this action. I submit this declaration in support of Resonant's Unopposed Motion for Extension of Time based on my own personal knowledge.

2.      Good cause exists for the requested 10-day extension. This short extension of 10 days would allow Resonant to properly prepare and file the response brief, in view of the counsel for Resonant having significant time commitments existing prior to the Court's May 30, 2024 order directing Resonant to file a response within 7 days. In addition to other district court and Patent Office filings in other matters during that period, I am co-leading a trial team in *AlmondNet, Inc. v. Amazon.com, Inc*., No. 6:21-cv-00898-ADA (W.D. Tex.), which is scheduled for jury trial from June 10-14, 2024, with substantial pretrial work leading up to the trial.

3.      Counsel for Resonant conferred with counsel for Petitioner, who stated they do not oppose Resonant's motion for extension of time.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on June 4, 2024 at Waco, Texas.

Respectfully submitted,

/s/ *Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF COMPLIANCE

I hereby certify the foregoing motion contains 247 words in compliance with

Federal Rule of Appellate Procedure 27(d)(2).


/s/ *Reza Mirzaie*
Reza Mirzaie
RUSS AUGUST & KABAT

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2024, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

Dated: June 4, 2024

/s/ *Reza Mirzaie*
Reza Mirzaie
rmirzaie@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorney for Respondent*
*Resonant Systems, Inc.*