NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re APPLE INC.,**
*Appellant*

2024-129

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 7:23-cv-00077-ADA, Judge Alan D. Albright.

**ON MOTION**

PER CURIAM.

**O R D E R**

Resonant Systems, Inc. moves for a 10-day extension of time, until June 17, 2024, to file its response to Apple Inc.'s petition for a writ of mandamus. Resonant states that Apple does not oppose "with the understanding that Resonant agrees in advance to a 10-day extension for [Apple]'s reply (which Resonant does not oppose), making the reply due July 1, 2024." ECF No. 10 at 5.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Resonant's response to the petition is due no later than June 17, 2024, and Apple's reply is due no later than July 1, 2024.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 5, 2024
Date