# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-129

**Short Case Caption:** In re: APPLE INC.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Respondent, Resonant Systems, Inc.

| **Principal Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

| **Other Counsel:** Qi (Peter) Tong | Admission Date: 6/17/24 |
|---|---|
| Firm/Agency/Org.: Russ August & Kabat | |
| Address: 4925 Greenville Ave Suite 200, Dallas, Texas 75206 | |
| Phone: 3108267474 | Email: ptong@raklaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/17/24

Signature: /s/ Qi (Peter) Tong

Name: Qi (Peter) Tong

Save for Filing

FORM 8A. Entry of Appearance                                    Form 8A (p.2)
                                                                 July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Shani Williams | Admission Date: 5/14/2019 |
|---|---|
| Firm/Agency/Org.: Russ August & Kabat | |
| Address: 12424 Wilshire Boulevard 12th Floor, Los Angeles, California 90025 | |
| Phone: 3108267474 | Email: swilliams@raklaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |